

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NR

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 13, 2014

<u>By E-mail</u>

Stephen P. Scaring
Scaring & Carman PLLC
666 Old Country Road – Suite 501
Garden City, New York 11530
516-683-8500
Fax:  516-683-8410
sscaring@scaringlaw.com

    Re:  <u>United States v. John Dominguez</u>
        <u>Criminal Docket No. 14-046(BMC)</u>

Dear Mr. Scaring:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find additional discovery in the above-referenced matter.  Attached hereto are documents obtained during the search of Mr. Dominguez's residence on the date of his arrest, Bates labeled Search 000001-000033.

If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By: \_\_\_\_/s/_____

        Nathan Reilly
        Assistant U.S. Attorney
        (718) 254-6196

Enclosures

cc: Clerk of Court (BMC)(by ECF & without enclosures)